IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No.24CR154 (CJN) |
| v. : | |
| : | |
| EVAN HUNT : | |
| : | |

*(defendant)*

## MOTION FOR REVISION OF BOND CONDITION

***COMES NOW***, Evan Hunt, through undersigned counsel and moves for a revision of one of his conditions of release, namely, the condition precluding him from "possess[ing] a firearm, destructive device, or other weapon."  See ECF #27, Order Setting Conditions of Release, condition 7(k).  At the time, the condition was ordered, Mr. Hunt did not oppose the condition.  His circumstances have changed since the conditions of release were ordered.

At the time of his arrest, he and his wife were residing with his parents, at his parents house.  He was going through chemotherapy and for various reasons Mr. Hunt and his wife decided it would be best to reside with his parents.  His parents lived in a community in South Point, Ohio.  Fortunately, his health is much better now, he no longer needs to go through chemotherapy and he and his wife were able to move back to the area in which they had previously resided in their Recreation Vehicle ("RV").[1]   This location is very rural.

---

[1] Upon information and belief, pre-trial services verified the address and authorized his move to the location.

As the location is rural, there are wild animals that roam the areas. Wolves were introduced to a nearby forest. Recently, he was notified that a bear was spotted on the road in the area. To be able to protect himself and his family, Mr. Evans now needs access to a firearm such as a shotgun to keep on his property and another weapon for when he is moving around the area. He has no interest in travelling out of the area with the weapons but rather needs them for his safety and that of his family while in his area.

Undersigned reached out to Rachel Freeh, Esq., counsel to the prosecution. Ms. Freeh noted the Government's objection to the modification of the condition in question.

Respectfully submitted,

/s/

_____
Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this Motion is filed electronically through the ECF filing system on this 29th day of July 2024, thereby, providing service electronically upon all parties in this case, including Government counsel.

/s/
Elita C. Amato